

## Maryellen O'Shaughnessy
## Franklin County Clerk of Courts

Home                              **Case Information Online**                    Court Schedule

| Last Name: | First Name: | Middle Init: | Court: | All | Case: | 21 | CV | 001536 | Search |

➕ Advanced Search                                                              ☐ Email Updates

# CIVIL CASE DETAIL

[ Previous Case ]                                                         [ Next Case ]

| CASE NUMBER | TYPE of CASE | STATUS | DATE FILED |
|---|---|---|---|
| 21 CV 001536 | OTHER CIVIL | ACTIVE | 03/11/2021 |

| JUDGE | COURTROOM |
|---|---|
| CHRIS M BROWN | COURTROOM 6F<br>345 SOUTH HIGH STREET<br>6TH FLOOR<br>COLUMBUS, OH 43215 |

### PLAINTIFF(S)

| Name | Attorney |
|---|---|
| ➕OHIO DEPARTMENT OF MEDICAID | MATTHEW C MCDONALD |
| ➕STATE OHIO DAVID A YOST | MATTHEW C MCDONALD |

### DEFENDANT(S)

| Name | Attorney |
|---|---|
| ➕CENTENE CORPORATION | NO ATTORNEY ON RECORD |
| ➕BUCKEYE HEALTH PLAN | NO ATTORNEY ON RECORD |
| ➕ENVOLVE PHARMACY SOLUTIONS | NO ATTORNEY ON RECORD |

### ☐ CASE SCHEDULE

| Date | Description |
|---|---|
| 03/11/21 | CASE FILED |
|  | INITIAL STATUS CONFERENCE |
| 07/29/21 | INITIAL JOINT DISCLOSURE OF ALL WITNESSES |
| 09/23/21 | SUPPLEMENTAL JOINT DISCLOSURE OF ALL WITNESSES |
| 12/16/21 | DISPOSITIVE MOTIONS |
| 12/30/21 | DISCOVERY CUT-OFF |
| 02/10/22 | DECISIONS ON MOTIONS |
| 03/01/22 | FINAL PRE-TRIAL CONFERENCE/ORDER (OR BOTH) |
| 03/22/22 | TRIAL ASSIGNMENT |

**DOCKET**   Show All Descriptions ☐      Select Docket Category  [ All ]

| Date | Description | Image | Fiche | Frame | Pages |
|---|---|---|---|---|---|
| ➕03/29/21 | MOTION GRANTED | 📄 | 0F453 | A80 | 2 |
| ➕03/29/21 | MOTION GRANTED |  | 0F453 | Q50 | 3 |
| ➕03/29/21 | PRO HAC VICE ORDER | 📄 | 0F453 | Q50 | 3 |
| ➕03/29/21 | PRO HAC VICE ORDER |  | 0F453 | Q50 | 3 |
| ➕03/29/21 | ATTORNEY APPEARANCE PRO HAC VICE |  |  |  |  |
| ➕03/29/21 | ATTORNEY APPEARANCE PRO HAC VICE |  |  |  |  |
| ➕03/29/21 | MOTION GRANTED | 📄 | 0F453 | Q26 | 3 |
| ➕03/29/21 | PRO HAC VICE ORDER | 📄 | 0F453 | Q26 | 3 |
| ➕03/29/21 | PRO HAC VICE ORDER |  | 0F453 | Q26 | 3 |
| ➕03/29/21 | ATTORNEY APPEARANCE PRO HAC VICE |  |  |  |  |
| ➕03/29/21 | ATTORNEY APPEARANCE PRO HAC VICE |  |  |  |  |
| ➕03/29/21 | MOTION GRANTED | 📄 | 0F453 | Q21 | 3 |
| ➕03/29/21 | PRO HAC VICE ORDER | 📄 | 0F453 | Q21 | 3 |
| ➕03/29/21 | PRO HAC VICE ORDER |  | 0F453 | Q21 | 3 |
| ➕03/29/21 | ATTORNEY APPEARANCE PRO HAC VICE |  |  |  |  |
| ➕03/29/21 | ATTORNEY APPEARANCE PRO HAC VICE |  |  |  |  |
| ➕03/29/21 | PRO HAC VICE ORDER | 📄 | 0F453 | A80 | 2 |
| ➕03/29/21 | PRO HAC VICE ORDER |  | 0F453 | A80 | 2 |
| ➕03/29/21 | ATTORNEY APPEARANCE PRO HAC VICE |  |  |  |  |
| ➕03/29/21 | ATTORNEY APPEARANCE PRO HAC VICE |  |  |  |  |
| ➕03/29/21 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3277 | Z19 | 1 |
| ➕03/29/21 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3277 | Z18 | 1 |
| ➕03/29/21 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3277 | Z17 | 1 |
| ➕03/26/21 | MOTION FOR PRO HAC VICE | 📄 | 0F450 | V50 | 4 |
| ➕03/26/21 | MOTION FOR PRO HAC VICE | 📄 | 0F450 | V46 | 4 |
| ➕03/26/21 | MOTION FOR PRO HAC VICE | 📄 | 0F450 | V42 | 4 |
| ➕03/26/21 | MOTION FOR PRO HAC VICE | 📄 | 0F450 | V38 | 4 |
| ➕03/12/21 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3274 | M09 | 1 |
| ➕03/12/21 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3274 | M08 | 1 |
| ➕03/12/21 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3274 | M07 | 1 |
| 03/12/21 | SUMMONS ISSUED |  | E3274 | N35 | 1 |
| 03/12/21 | SUMMONS ISSUED |  | E3274 | N34 | 1 |
| 03/12/21 | SUMMONS ISSUED | 📄 | E3274 | N33 | 1 |
| ➕03/11/21 | APPLIED - DEPOSIT FOR COSTS |  |  | 00 |  |
| ➕03/11/21 | SECURITY DEPOSIT RECEIVED |  |  | 00 |  |
| ➕03/11/21 | APPLIED - SPECIALTY DOCKET FUND |  |  | 00 |  |
| ➕03/11/21 | APPLIED - COMPUTERIZED RESEARCH LEGAL FEES |  |  | 00 |  |
| ➕03/11/21 | SECURITY DEPOSIT RECEIVED |  |  | 00 |  |
| ➕03/11/21 | APPLIED - LEGAL AID |  |  | 00 |  |
| ➕03/11/21 | APPLIED - DAILY REPORTER |  |  | 00 |  |
| ➕03/11/21 | APPLIED - CLERK |  |  | 00 |  |

**EXHIBIT**

**A**

| | | | | | |
|---|---|---|---|---|---|
| ⊞ 03/11/21 | APPLIED - COURT COMPUTERIZATION | | | 00 | |
| ⊞ 03/11/21 | APPLIED - DEPOSIT FOR COSTS | | | 00 | |
| ⊞ 03/11/21 | MOTION GRANTED | 📕 | E3274 | D93 | 1 |
| ⊞ 03/11/21 | MISCELLANEOUS PAPER | 📕 | E3274 | D94 | 1 |
| 03/11/21 | DOCUMENT SEALED BY COURT | | E3274 | D93 | 1 |
| ⊞ 03/11/21 | CASE INFORMATION SHEET | 📕 | E3274 | D85 | 1 |
| ⊞ 03/11/21 | MOTION | 📕 | E3274 | D86 | 7 |
| 03/11/21 | EXHIBITS | 📕 | S0215 | M63 | 2 |
| 03/11/21 | EXHIBITS | 📕 | S0215 | M60 | 3 |
| 03/11/21 | EXHIBITS | 📕 | S0215 | M58 | 2 |
| 03/11/21 | EXHIBITS | 📕 | S0215 | K04 | 252 |
| ⊞ 03/11/21 | APPEARANCE FILED | | | | |
| ⊞ 03/11/21 | JUDGE ASSIGNED - ORIGINAL | | | | |
| 03/11/21 | COMPLAINT FILED | 📕 | S0215 | J81 | 22 |
| 03/11/21 | JURY DEMAND - PLAINTIFF | | UP000 | A01 | 22 |
| ⊞ 03/11/21 | APPEARANCE FILED | | UP000 | A01 | 22 |
| ⊞ 03/11/21 | HEARING/EVENT SCHEDULED | | | | |
| ⊞ 03/11/21 | HEARING/EVENT SCHEDULED | | | | |
| ⊞ 03/11/21 | REQUEST FOR SERVICE - CERTIFIED MAIL | | | | |
| ⊞ 03/11/21 | REQUEST FOR SERVICE - CERTIFIED MAIL | | | | |
| ⊞ 03/11/21 | REQUEST FOR SERVICE - CERTIFIED MAIL | | | | |

E3274 – D85

**In the Court of Common Pleas, Franklin County, Ohio, General Division**

Ohio Department of Medicaid, et al.
_____
Plaintiff/Appellant,

vs.

Centene Corporation, et al.
_____
Defendant/Appellee,

Case No._____

**2 1 C V 1 5 3 6**

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2021 MAR 11 PM 1:30
CLERK OF COURT

### Civil Case Filing Information Summary

**Type of Action/Case Classification:**

_____ **Professional Tort (Type A)**
($225.00 Security Deposit Required)

_____ **Product Liability (Type B)**
($225.00 Security Deposit Required)

_____ **Other Torts (Type C)**
($225.00 Security Deposit Required)

_____ **Workers Compensation (Type D)**
($225.00 Security Deposit Required)

_____ **Foreclosure (Type E)**
($300.00 Security Deposit Required)

_____ **Administrative Appeal (Type F)**
($100.00 Security Deposit Required)

X **All Other Civil Cases (Type H)**
($225.00 Security Deposit Required)

_____ **Cognovit Confession of Judgment (H)**
($100.00 Security Deposit Required)

**JURY DEMAND?** Yes
($300.00 Additional Security Deposit Required) ` (Yes or No)

**Total Security Deposit $** _____

Is a **TEMPORARY RESTRAINING ORDER** being requested at this time? _____
(Yes or No)

Is this a case in which **ALL** the issues presented are a result of the
defendant(s) having signed and defaulted on a **COGNOVIT NOTE?** _____
(Yes or No)

Is this a **FORCIBLE ENTRY AND DETAINER** case? _____
(Yes or No)

Does this case include allegations of **CONSUMER SALES PRACTICES**
**ACT** violations under Chapter 1345 or any other statutory consumer
protection provision of the Ohio Revised Code? _____
(Yes or No)

**Refiling Information:**

If this is a **REFILING** of a previously dismissed case, please complete the following:

Previous Case No. _____

*[signature]*
_____
Attorney/Party Signature
Donald W. Davis, Jr.
_____
Attorney/Party Name (Type or Print)
75 East Market Street
_____
Mailing Address
Akron                OH    44308
_____
City                       State    Zip Code

Original Judge _____
0030559
_____
Attorney Ohio Sup. Ct. Registration No.
330-253-5060
_____
Telephone Number
330-253-1977
_____
Facsimile Number

Email: dwdavis@bmdllc.com

E3274 – D94

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | |
|---|---|
| OHIO DEPARTMENT OF MEDICAID, et al. | CASE NO.: |
| Plaintiffs, | JUDGE |
| | **21 CV 1536** |
| v. | |
| CENTENE CORPORATION, et al | PRAECIPE |
| Defendants. | |

*FILED*
*COMMON PLEAS COURT*
*FRANKLIN CO. OHIO*
*2021 MAR 11 PM 1:30*
*CLERK OF COURTS*

Please issue Summons and serve via *Certified* with Complaint, Motion to File *Mail Return Receipt Requested* and Retain Complaint Under Seal for 30 Days, and Order.

*upon all Three Defendants*

Respectfully submitted,

*[signature]*

Donald W. Davis, Jr. (#0030559)
Adam D. Fuller (#0076431)
Elizabeth Shively Boatwright (#0081264)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH  44308
Telephone: (330) 253-5060
Facsimile: (330) 253-1977
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

*Attorneys for Plaintiffs Ohio Department of Medicaid and The State of Ohio*

**E3274 - N34**



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

OHIO DEPARTMENT OF MEDICAID
50 WEST TOWN STREET
SUITE 400
COLUMBUS, OH 43215,

          PLAINTIFF,

      VS.

CENTENE CORPORATION
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219,
           DEFENDANT.

**21CV-03-1536**
**CASE NUMBER**

CLERK OF COURTS

2021 MAR 12 PM 4:05

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

          **** SUMMONS ****          03/11/21

TO THE FOLLOWING NAMED DEFENDANT:
        BUCKEYE HEALTH PLAN
        CT CORPORATION
        4400 EASTON COMMONS WAY
        SUITE 125
        COLUMBUS, OH 43219

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:    OHIO DEPARTMENT OF MEDICAID
        50 WEST TOWN STREET
        SUITE 400
        COLUMNBUS, OH 43215,

                         PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
        DONALD W. DAVIS
        BRENNAN,MANNA,DIAMOND
        75 EAST MARKET STREET
        AKRON, OH 44308

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY:  BROOKE ELLIOTT, DEPUTY CLERK
                                    (CIV370-S03)

E3274 - N35



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

OHIO DEPARTMENT OF MEDICAID
50 WEST TOWN STREET
SUITE 400
COLUMBUS, OH 43215,

PLAINTIFF,
VS.
CENTENE CORPORATION
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219,
DEFENDANT.

21CV-03-1536
**CASE NUMBER**

**** SUMMONS ****          03/11/21

TO THE FOLLOWING NAMED DEFENDANT:
CENTENE CORPORATION
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:     OHIO DEPARTMENT OF MEDICAID
50 WEST TOWN STREET
SUITE 400
COLUMNBUS, OH 43215,

PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
DONALD W. DAVIS
BRENNAN,MANNA,DIAMOND
75 EAST MARKET STREET
AKRON, OH 44308

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY:  BROOKE ELLIOTT, DEPUTY CLERK

(CIV370-S03)

**E3274 - N33**



### MARYELLEN O'SHAUGHNESSY
### CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
### CIVIL DIVISION

OHIO DEPARTMENT OF MEDICAID
50 WEST TOWN STREET
SUITE 400
COLUMNBUS, OH 43215,

                        PLAINTIFF,
        VS.
CENTENE CORPORATION
CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219,
                        DEFENDANT.

**21CV-03-1536**
**CASE NUMBER**

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2021 MAR 12 PM 4: 05
CLERK OF COURTS

                **** SUMMONS ****                03/11/21

TO THE FOLLOWING NAMED DEFENDANT:
        ENVOLVE PHARMACY SOLUTIONS
        CT CORPORATION
        4400 EASTON COMMONS WAY
        SUITE 125
        COLUMBUS, OH 43219

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:    OHIO DEPARTMENT OF MEDICAID
        50 WEST TOWN STREET
        SUITE 400
        COLUMNBUS, OH 43215,

                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
        DONALD W. DAVIS
        BRENNAN,MANNA,DIAMOND
        75 EAST MARKET STREET
        AKRON, OH 44308

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY:  BROOKE ELLIOTT, DEPUTY CLERK

                                        (CIV370-S03)

E3274 - D86

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | |
|---|---|
| OHIO DEPARTMENT OF MEDICAID, et al. | CASE NO.: |
| Plaintiffs, | JUDGE |
| | **21CV1536** |
| v. | |
| CENTENE CORPORATION, et al. | MOTION TO FILE AND RETAIN COMPLAINT UNDER SEAL FOR THIRTY DAYS |
| Defendants. | |

Now come Plaintiffs, by and through the undersigned counsel, and respectfully move this Court for permission to file the Complaint under seal. This motion is provisional in nature, seeking that the Complaint remain under seal for no more than thirty (30) days. As such, the parties are not waiving their rights to seek this Court's guidance/ruling(s) on the confidential nature, if any, of the information in the Complaint. While Plaintiffs believe the Complaint does not contain information entitled to remain under the Court's protection, Defendants should have an opportunity to be heard.

The parties entered into a Confidentiality and Nondisclosure Agreement which requires Plaintiffs to give notice to Defendants of the disclosure of potentially confidential information so that Defendants may seek a protective order or other appropriate remedy with respect to such anticipated disclosure. See Exhibit A. To preserve these issues and the parties' positions in advance of such information being placed in the public record, Plaintiffs request that this Court permit the filing of the Complaint under seal in order to permit Defendants the opportunity to consider seeking the entry of a protective order.

In light of the foregoing, Plaintiffs respectfully request that this Court permit the filing and retention of the Complaint under seal for thirty (30) days.

E3274 – D87

Respectfully submitted,

Donald W. Davis, Jr. (#0030559)
Adam D. Fuller (#0076431)
Elizabeth Shively Boatwright (#0081264)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH 44308
Telephone: (330) 253-5060
Facsimile: (330) 253-1977
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

*Attorneys for Plaintiffs Ohio Department of
Medicaid and The State of Ohio*

E3274 - D88

## CONFIDENTIALITY AND NONDISCLOSURE AGREEMENT BETWEEN BUCKEYE COMMUNITY HEALTH PLAN, INC., CENTENE CORPORATION, ENVOLVE PHARMACY SOLUTIONS, INC., OHIO DEPARTMENT OF MEDICAID, LISTON AND DEAS, PLLC, BRENNAN MANNA DIAMOND, LLC, and COHEN MILSTEIN SELLERS & TOLL, PLLC

Buckeye Community Health Plan, Inc. dba Buckeye Health Plan, Centene Corporation, and Envolve Pharmacy Solutions, Inc. (collectively "Disclosers") enter into this Confidentiality and Nondisclosure Agreement with the Ohio Department of Medicaid, Liston and Deas, PLLC, Brennan Manna Diamond, LLC, Cohen Milstein Sellers & Toll, PLLC, (collectively "Recipients") as follows:

### BACKGROUND

By correspondence dated July 22, 2019, the Ohio Department of Medicaid ("ODM") requested certain documents, information, and data ("Materials") from Buckeye Health Plan pursuant to the Provider Agreement existing between ODM and Buckeye Health Plan. ODM stated in the correspondence that, once produced, the Materials would be tendered to outside counsel for ODM and the State of Ohio, for analysis of pharmacy benefit management services rendered for or on behalf of Buckeye Health Plan members and ODM (the "Purpose"). Although Recipients do not concede that the Materials are proprietary or confidential, Disclosers contend that the Materials contain proprietary and highly sensitive confidential and trade secret business information the disclosure of which would adversely affect Disclosers' business interests and property rights, and in order to facilitate the cooperative exchange of materials between Disclosers and Recipients, the parties agree as follows:

EXHIBIT

A

E3274 - D89

## AGREEMENT

1.  During the course of Disclosers' production of Materials, they may disclose to Recipients certain information that Disclosers deem proprietary or confidential, including, but not limited to, medical records, pharmacy records, materials relating to claims handling, proprietary internal material relating to network development, proprietary internal material relating to provider data, proprietary internal material relating to corporate strategy, proprietary internal material relating to pricing, material containing personally identifiable information, and protected health information ("PHI") covered by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) Privacy Rule and other similar protections of sensitive medical and personally identifiable information (PII). The Materials shall be deemed confidential and proprietary and subject to restricted use and distribution as provided herein if plainly marked "confidential" or "proprietary," or marked with language of similar meaning, or otherwise disclosed under circumstances that reasonably suggests the confidential nature of the Materials, whether provided in written, encoded, graphic, photographic, or other tangible form, including any electronic or magnetic form. Designation of Materials as "confidential" or "proprietary" shall be based on a good faith belief that such Materials meet the definition of confidential or proprietary commercial, PHI or PII under Ohio law.

2.  With respect to the Materials disclosed by Disclosers to Recipients, Recipients shall:

    a)  promptly and securely store the Materials, hold the Materials in confidence, and protect them with the same degree of care with which Recipients protect their own Materials of like importance (but in no event less than reasonable care) to protect against unauthorized disclosure of and preserve the confidentiality of the Materials under the terms of this Agreement;

2

E3274 – D90

b) use the Materials only for the Purpose (except as may otherwise be provided by written agreement);

c) except for anticipated use consistent with the Purpose, not copy or otherwise duplicate the Materials, or knowingly allow their copying or duplication, without Disclosers' prior written approval;

d) restrict disclosure of the Materials to those employees, contractors and consultants of Recipients with a need to know and who shall be notified of, and required to comply with, this Agreement by contract, employee policies, work rules, or other appropriate methods, and who will not disclose the Materials to any third party;

e) guarantee performance of this Agreement by each of Recipients' employees, owners, officers, directors, parents, subsidiaries, and affiliated legal entities, contractors, subcontractors, agents, advisors, investment bankers, attorneys, accountants, consultants, and all other representatives;

f) promptly and informatively notify Disclosers in the event Recipients appear likely to be required to disclose, or in the opinion of its counsel should disclose, according to law, regulation, or judicial, administrative or governmental proceeding, any of the Materials, so that Disclosers, at their expense, may seek a protective order or other appropriate remedy with respect to such anticipated disclosure;

g) inform and keep informed Disclosers of any unauthorized disclosure of any of the Materials by any person at any time that comes to the knowledge or attention of Recipients.

3. Recipients have no obligation to preserve the confidential or proprietary nature of Materials that: are already known to Recipients through legal means, as evidenced by a writing dated

3

E3274 - D91

prior to disclosure, are or become generally known to the public at large, are not in violation of this Agreement, and are not otherwise required to be kept confidential.

4

E3274 - D92

ACCEPTED AND AGREED TO:

**BUCKEYE COMMUNITY HEALTH PLAN, INC. DBA BUCKEYE HEALTH PLAN**

By: _____

Title: _____

Date: _____

**ENVOLVE PHARMACY SOLUTIONS, INC.**

By: _____

Title: _____

Date: _____

**CENTENE CORPORATION**

By: _____

Title: _____

Date: _____

**LISTON & DEAS, PLLC**

By: _W. Jaume Deas_

Title: _Partner_

Date: _9/20/19_

**BRENNAN MANNA DIAMOND, LLC**

By: _Donald W Davis_

Title: _Member_

Date: _9/20/19_

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

By: _____

Title: _Partner_

Date: _9/23/19_

**OHIO DEPARTMENT OF MEDICAID**

By: _____

Title: _Director_

Date: _9-30-19_

5

E3274 — D93

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO

OHIO DEPARTMENT OF MEDICAID, et al. | CASE NO.:

           Plaintiffs, | JUDGE

v. | **'2 1 C V 1 5 3 6**

CENTENE CORPORATION, et al.

           Defendants. | ORDER PERMITING THE COMPLAINT
TO BE FILED AND RETAINED UNDER
SEAL FOR THIRTY DAYS

This matter comes before this Court upon the Motion of Plaintiff to file the Complaint under seal.

Upon consideration of this matter, this Court finds the same well taken and the Motion is granted.

Therefore, this Court hereby orders that Plaintiffs are permitted to file the Complaint under seal with the Clerk of Courts. The Complaint shall be retained under seal with the Clerk of Courts for thirty (30) days or as otherwise ordered by this Court.

Plaintiffs shall have the Clerk of Courts serve a complete copy of the Complaint upon all Defendants along with a Summons, this Order and the Motion to File and Retain Complaint Under Seal for Thirty Days. Plaintiffs shall provide a copy of these filings to Defendants' counsel within twenty-four (24) hours of this Order.

IT IS SO ORDERED.

_____
JUDGE

Approved:

_____
Donald W. Davis, Jr. (#0030559)
Attorney for Plaintiffs

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| OHIO DEPARTMENT OF MEDICAID, et al. | ) | CASE NO. 21 CV 1536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRIS M. BROWN |
| v. | ) | |
| | ) | |
| CENTENE CORPORATION, et al.. | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

Pursuant to Gov. Bar R. XII (2) (A) (6), Donald W. Davis, Jr., Attorney for Ohio

Department of Medicaid and the State of Ohio, moves the Court of Common Pleas to grant W.

Lawrence Deas permission to appear *pro hac vice* and participate as co-counsel in this case for

Ohio Department of Medicaid and the State of Ohio.

Movant represents that the following is a list of the jurisdictions in which W. Lawrence

Deas has ever been licensed to practice law, including dates of admission to practice,

resignation, or retirement, and any attorney registration numbers:

1. Mississippi, admitted April 2001, Bar# 100227

2. Alabama, admitted September 2000, Bar# 3989-A43 D

Movant represents that W. Lawrence Deas has not been granted permission to appear pro

hac vice in more than three proceedings before Ohio tribunals in the current calendar year

pursuant to Gov, Bar R. XII (2) (A) (5).

Donald W. Davis, Jr. an active Ohio attorney in good standing, has agreed to associate

with Movant on this case.

The affidavit required by Gov. Bar R. XII (2)(A)(6), a copy of Movant's certificate of pro

hac vice registration furnished by the Supreme Court of Ohio Office of Attorney Services, and a certificate indicating service of this Motion on all known parties and attorneys of record are attached. Movant understands that, if the Motion is granted, Movant must file a Notice of Permission to Appear *Pro Hac Vice* and a copy of the Order granting permission with the Supreme Court of Ohio Office of Attorney Services within thirty days of the order.

Respectfully Submitted,

/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559)
Adam D. Fuller (0076431)
Elizabeth Shively Boatwright (#0081264)
Brennan, Manna & Diamond, LLC
75 East Market Street
Akron, Ohio 44308
(330) 253-5060 / (330) 253-1977 (Fax)
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

/s/W. Lawrence Deas
W. Lawrence Deas PHV-21103-2020
Liston & Deas, PLLC
605 Crescent Blvd., Suite 200
Ridgeland, MS. 39157
(601) 981-1636 /(601) 982-0371 (Fax)
lawrence@listondeas.com

2659 Lake Circle
Jackson, MS. 39211
(Residential Address)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was filed electronically with the Franklin County Clerk of Courts this 26th day of March, 2021. Service will be made electronically by the Clerk's office.

/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559)

# THE SUPREME COURT *of* OHIO

### OFFICE OF ATTORNEY SERVICES

IN THE MATTER OF THE APPLICATION OF

William Lawrence Deas
_____
(Attorney Name)

**AFFIDAVIT OF APPLICANT**
Gov. Bar R. XII, Section 2(A)(3)

**FOR PRO HAC VICE REGISTRATION**

William Lawrence Deas
_____, being first duly cautioned, swears or affirms as
(Attorney Name)
follows:

a.  I have never been disbarred from the practice of law.

b.  I have been admitted to the practice of law in the following jurisdictions (only list
admission to the highest court of a state and ensure the same admissions are listed in your
online account. Attach additional page if necessary):

Mississippi _____    Alabama _____

_____    _____

c.  Choose one:
   ☒ I am not currently suspended from the practice of law in any jurisdiction where I have
   been admitted to practice.
   ☐ I am currently suspended from the practice of law in the following jurisdictions:

   _____

d.  Choose one:
   ☒ I have not resigned from the practice of law with discipline pending in any jurisdiction
   where I have been admitted to practice.
   ☐ I have resigned from the practice of law with discipline pending in the following
   jurisdiction(s):

   _____

_____
**SIGNATURE OF APPLICANT**

Sworn to or affirmed before me and subscribed in my presence the 19 day of March,

20 21, in the state of Mississippi and county of Madison.

_____
**SIGNATURE OF NOTARY PUBLIC\***

*Notary public's stamp/seal
and commission expiration
date are required.

KELLIE CALHOUN
Commission Expires
Aug. 5, 2024

# THE SUPREME COURT *of* OHIO

### OFFICE OF ATTORNEY SERVICES

IN THE MATTER OF THE APPLICATION OF

## William  Deas

**FOR PRO HAC VICE REGISTRATION**

per Gov. Bar R. XII, Section 2(A)(3)

Certificate of

PRO HAC VICE
REGISTRATION

2021

Registration Number:
PHV- 21103-2021

William  Deas

_____, having met the requirements of, and found to be in

full compliance with, Section 2(A)(3) of Rule XII of the Rules for the Government of the Bar of

Ohio, is hereby issued this certificate of pro hac vice registration in the state of Ohio.

To receive permission to appear pro hac vice in an Ohio proceeding, a motion requesting such

permission must be filed with the tribunal in the accordance with Section 2(A)(6) of Rule XII of the

Rules for the Government of the Bar of Ohio.

*G.W. Palmer*

Gina White Palmer
Director, Attorney Services

**Expires December 31,  2021**

Franklin County Ohio Clerk of Courts of the Common Pleas- 2021 Dec 20 2:59 PM-21CV001536

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| OHIO DEPARTMENT OF MEDICAID, et al. | ) | CASE NO. 21 CV 1536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRIS M. BROWN |
| v. | ) | |
| | ) | |
| CENTENE CORPORATION, et al.. | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

Pursuant to Gov. Bar R. XII (2) (A) (6), Donald W. Davis, Jr., Attorney for Ohio Department of Medicaid and the State of Ohio, and moves the Court of Common Pleas to grant Matthew C. McDonald permission to appear *pro hac vice* and participate as co-counsel in this case for the Ohio Department of Medicaid and the State of Ohio.

Movant represents that the following is a list of the jurisdictions in which Matthew C. McDonald has ever been licensed to practice law, including dates of admission to practice, resignation, or retirement, and any attorney registration numbers:

1.     Mississippi, admitted September 2019, Bar# 105966

Movant represents that Matthew C. McDonald has not been granted permission to appear pro hac vice in more than three proceedings before Ohio tribunals in the current calendar year pursuant to Gov, Bar R. XII (2) (A) (5).

Donald W. Davis, Jr. an active Ohio attorney in good standing, has agreed to associate with Movant on this case.

The affidavit required by Gov. Bar R. XII (2)(A)(6), a copy of Movant's certificate of pro hac vice registration furnished by the Supreme Court of Ohio Office of Attorney Services, and a

certificate indicating service of this Motion on all known parties and attorneys of record are

attached. Movant understands that, if the Motion is granted, Movant must file a Notice of

Permission to Appear *Pro Hac Vice* and a copy of the Order granting permission with the

Supreme Court of Ohio Office of Attorney Services within thirty days of the order.

Respectfully Submitted,

/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559)
Adam D. Fuller (0076431)
Elizabeth Shively Boatwright (#0081264)
Brennan, Manna & Diamond, LLC
75 East Market Street
Akron, Ohio 44308
(330) 253-5060 / (330) 253-1977 (Fax)
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

/s/ Matthew C. McDonald
Matthew C. McDonald
PHV-21872-2020
David Nutt & Associates, PC
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157
(601) 898-7302 / (601) 898-7304 (Fax)
MattM@davidnutt.com

4625 Friar Circle
Jackson, MS. 39211
(Residential Address)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was filed electronically with the Franklin County Clerk

of Courts this 26th day of March, 2021.  Service will be made electronically by the Clerk's office.

/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559)

IN THE MATTER OF THE MOTION OF

Matthew C. McDonald

FOR PERMISSION TO APPEAR PRO HAC VICE

CASE NO. 21-CV-1536

**AFFIDAVIT OF
OUT-OF-STATE ATTORNEY**
Gov. Bar R. XII, Section 2(A)(6)

Matthew C. McDonald _____ being first duly cautioned, swears or affirms as follows:

a.  I have never been disbarred from the practice of law.

b.  I have been admitted to the practice of law in the following jurisdictions (attach additional jurisdictions if necessary):

  Mississippi

c. Choose  one:
  ☑ I am not currently suspended from the practice of law in any jurisdiction where I have been admitted to practice.
  ☐ I am currently suspended from the practice of law in the following jurisdictions:

  _____.

d. Choose  one:
  ☑ I have not resigned from the practice of law with discipline pending in any jurisdiction where I have been admitted to practice.
  ☐ I have resigned from the practice of law with discipline pending in the following jurisdiction(s):

  _____.

**SIGNATURE OF APPLICANT**

Sworn to or affirmed before me and subscribed in my presence the  12  day of March ,

20 21 , in the state of  Mississippi  and county of  Madison .

*Affix stamp & seal (required in Ohio)

**SIGNATURE OF NOTARY PUBLIC***

# THE SUPREME COURT *of* OHIO

### OFFICE OF ATTORNEY SERVICES

IN THE MATTER OF THE APPLICATION OF

## Matthew McDonald

**FOR PRO HAC VICE REGISTRATION**

per Gov. Bar R. XII, Section 2(A)(3)

Certificate of

PRO HAC VICE
REGISTRATION

2021

Registration Number:
PHV- 21872-2021

_____ Matthew McDonald _____, having met the requirements of, and found to be in

full compliance with, Section 2(A)(3) of Rule XII of the Rules for the Government of the Bar of

Ohio, is hereby issued this certificate of pro hac vice registration in the state of Ohio.

To receive permission to appear pro hac vice in an Ohio proceeding, a motion requesting such

permission must be filed with the tribunal in the accordance with Section 2(A)(6) of Rule XII of the

Rules for the Government of the Bar of Ohio.

*G.W. Palmer*
_____
Gina White Palmer
Director, Attorney Services

**Expires December 31,  2021**

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| OHIO DEPARTMENT OF MEDICAID, et al. | ) | CASE NO. 21 CV 1536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRIS M. BROWN |
| v. | ) | |
| | ) | |
| CENTENE CORPORATION, et al.. | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

Pursuant to Gov. Bar R. XII (2) (A) (6), Donald W. Davis, Jr., Attorney for Ohio Department of Medicaid and the State of Ohio, and moves the Court of Common Pleas to grant Christina D. Saler permission to appear *pro hac vice* and participate as co-counsel in this case for Ohio Department of Medicaid and the State of Ohio.

Movant represents that the following is a list of the jurisdictions in which Christina D. Saler has ever been licensed to practice law, including dates of admission to practice, resignation, or retirement, and any attorney registration numbers:

1.    New Jersey, admitted December 2003, Bar # 022402003

2.    Pennsylvania, admitted December 2003, Bar # 92017

Movant represents that Christina D. Saler has not been granted permission to appear pro hac vice in more than three proceedings before Ohio tribunals in the current calendar year pursuant to Gov, Bar R. XII (2) (A) (5).

Donald W. Davis, Jr. and active Ohio attorney in good standing, has agreed to associate with Movant on this case.

The affidavit required by Gov. Bar R. XII (2)(A)(6), a copy of Movant's certificate of pro

hac vice registration furnished by the Supreme Court of Ohio Office of Attorney Services, and a

certificate indicating service of this Motion on all known parties and attorneys of record are

attached. Movant understands that, if the Motion is granted, Movant must file a Notice of

Permission to Appear *Pro Hac Vice* and a copy of the Order granting permission with the

Supreme Court of Ohio Office of Attorney Services within thirty days of the order.

<div align="center">Respectfully Submitted,</div>

/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559)
Adam D. Fuller (0076431)
Elizabeth Shively Boatwright (#0081264)
Brennan, Manna & Diamond, LLC
75 East Market Street
Akron, Ohio 44308
(330) 253-5060 / (330) 253-1977 (Fax)
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com


/s/Christina D. Saler
Christina D. Saler
PHV-21176-2021
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW Fifth Floor
Washington, DC 20005
(267)479-5700/ Fax (267)479-5701
CSaler@cohenmilstein.com

350 Llandrillo Road
Bala Cynwyd, PA 19004
(Residential Address)

<div align="center"><u>CERTIFICATE OF SERVICE</u></div>

I hereby certify that the foregoing was filed electronically with the Franklin County Clerk

of Courts this 26th day of March, 2021. Service will be made electronically by the Clerk's office.

/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559

IN THE MATTER OF THE MOTION OF

CASE NO. _____21-CV-1536_____

Christina D. Saler
_____

**AFFIDAVIT OF
OUT-OF-STATE ATTORNEY**
Gov. Bar R. XII, Section 2(A)(6)

FOR PERMISSION TO APPEAR PRO HAC VICE

Christina D. Saler
_____ being first duly cautioned, swears or affirms as

follows:

a.  I have never been disbarred from the practice of law.

b.  I have been admitted to the practice of law in the following jurisdictions (attach additional
    jurisdictions if necessary):

    _____New Jersey_____          _____Pennsylvania_____

    _____          _____

c. Choose one.
    [✓] I am not currently suspended from the practice of law in any jurisdiction where I have
        been admitted to practice.
    [ ] I am currently suspended from the practice of law in the following jurisdictions:

    _____

d. Choose one:
    [✓] I have not resigned from the practice of law with discipline pending in any jurisdiction
        where I have been admitted to practice.
    [ ] I have resigned from the practice of law with discipline pending in the following
        jurisdiction(s):

    _____


_____
SIGNATURE OF APPLICANT

Sworn to or affirmed before me and subscribed in my presence the 19 day of March ,

20 21 , in the state of ____PA____ and county of ____Montgomery____


_____
SIGNATURE OF NOTARY PUBLIC*

*Affix stamp & seal (required in Ohio).

Commonwealth of Pennsylvania - Notary Seal
Shane DeFinis, Notary Public
Montgomery County
My commission expires December 8, 2021
Commission number 1217104
Member, Pennsylvania Association of Notaries

# THE SUPREME COURT *of* OHIO

### OFFICE OF ATTORNEY SERVICES

IN THE MATTER OF THE APPLICATION OF

**Christina Saler**

FOR PRO HAC VICE REGISTRATION

per Gov. Bar R. XII, Section 2(A)(3)

Certificate of

PRO HAC VICE
REGISTRATION

2021

Registration Number:
PHV- 21176-2021

Christina Saler

_____, having met the requirements of, and found to be in

full compliance with, Section 2(A)(3) of Rule XII of the Rules for the Government of the Bar of

Ohio, is hereby issued this certificate of pro hac vice registration in the state of Ohio.

To receive permission to appear pro hac vice in an Ohio proceeding, a motion requesting such

permission must be filed with the tribunal in the accordance with Section 2(A)(6) of Rule XII of the

Rules for the Government of the Bar of Ohio.

*G.W. Palmer*

Gina White Palmer
Director, Attorney Services

**Expires December 31, 2021**

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| OHIO DEPARTMENT OF MEDICAID, et al. | ) | CASE NO. 21 CV 1536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRIS M. BROWN |
| v. | ) | |
| | ) | |
| CENTENE CORPORATION, et al.. | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

Pursuant to Gov. Bar R. XII (2) (A) (6), Donald W. Davis, Jr., Attorney for Ohio Department of Medicaid and the State of Ohio, moves the Court of Common Pleas to grant Steven J. Toll permission to appear *pro hac vice* and participate as co-counsel in this case for Ohio Department of Medicaid and the State of Ohio.

Movant represents that the following is a list of the jurisdictions in which Steven J. Toll has ever been licensed to practice law, including dates of admission to practice, resignation, or retirement, and any attorney registration numbers:

1. District of Columbia, admitted March 1976, Bar # 225623

2. Virginia, admitted September 1975, Bar # 15300

Movant represents that Steven J. Toll has not been granted permission to appear pro hac vice in more than three proceedings before Ohio tribunals in the current calendar year pursuant to Gov, Bar R. XII (2) (A) (5).

Donald W. Davis, Jr. an active Ohio attorney in good standing, has agreed to associate with Movant on this case.

The affidavit required by Gov. Bar R. XII (2)(A)(6), a copy of Movant's certificate of pro

hac vice registration furnished by the Supreme Court of Ohio Office of Attorney Services, and a

certificate indicating service of this Motion on all known parties and attorneys of record are

attached. Movant understands that, if the Motion is granted, Movant must file a Notice of

Permission to Appear *Pro Hac Vice* and a copy of the Order granting permission with the

Supreme Court of Ohio Office of Attorney Services within thirty days of the order.

<div style="margin-left:40%">

Respectfully Submitted,

/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559)
Adam D. Fuller (0076431)
Elizabeth Shively Boatwright (#0081264)
Brennan, Manna & Diamond, LLC
75 East Market Street
Akron, Ohio 44308
(330) 253-5060 / (330) 253-1977 (Fax)
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

/s/Steven J. Toll
Steven J. Toll
PHV-21177-2021
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW Fifth Floor
Washington, DC 20005
(202) 408-4600/ Fax (202) 408-4699
SToll@cohenmilstein.com

1543 Brookhaven Dr.,
Mclean, VA 22101
(Residential Address)

</div>

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically with the Franklin County Clerk

of Courts this 26th day of March, 2021. Service will be made electronically by the Clerk's office.

<div style="margin-left:40%">

/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559)

</div>

---

IN THE MATTER OF THE MOTION OF

Steven J. Toll

FOR PERMISSION TO APPEAR PRO HAC VICE

Steven J. Toll

CASE NO. ___21-CV-1536___

AFFIDAVIT OF
OUT-OF-STATE ATTORNEY
Gov. Bar R. XII, Section 2(A)(6)

_____ being first duly cautioned, swears or affirms as follows:

a. I have never been disbarred from the practice of law.

b. I have been admitted to the practice of law in the following jurisdictions (attach additional jurisdictions if necessary):

District of Columbia                     Virginia

_____                    _____

c. Choose one:
   [✓] I am not currently suspended from the practice of law in any jurisdiction where I have been admitted to practice.
   [ ] I am currently suspended from the practice of law in the following jurisdictions:

   _____

d. Choose one:
   [✓] I have not resigned from the practice of law with discipline pending in any jurisdiction where I have been admitted to practice.
   [ ] I have resigned from the practice of law with discipline pending in the following jurisdiction(s):

   _____

_____
SIGNATURE OF APPLICANT

Sworn to or affirmed before me and subscribed in my presence the __23__ day of __March__,

20_21_, in the state of __Virginia__ and county of __Fairfax__.

_____
SIGNATURE OF NOTARY PUBLIC*

*Affix stamp & seal (required in Ohio).

MAHESHWAR ACHARYA
NOTARY PUBLIC
REG. #7823504
MY COMMISSION EXPIRES
04/30/2024
COMMONWEALTH OF VIRGINIA

# THE SUPREME COURT *of* OHIO

### OFFICE OF ATTORNEY SERVICES

IN THE MATTER OF THE APPLICATION OF

## Steven Toll

**FOR PRO HAC VICE REGISTRATION**

per Gov. Bar R. XII, Section 2(A)(3)

Certificate of

PRO HAC VICE
REGISTRATION

2021

Registration Number:
PHV- 21177-2021

_____ Steven Toll _____, having met the requirements of, and found to be in

full compliance with, Section 2(A)(3) of Rule XII of the Rules for the Government of the Bar of

Ohio, is hereby issued this certificate of pro hac vice registration in the state of Ohio.

To receive permission to appear pro hac vice in an Ohio proceeding, a motion requesting such

permission must be filed with the tribunal in the accordance with Section 2(A)(6) of Rule XII of the

Rules for the Government of the Bar of Ohio.

*G.W. Palmer*

Gina White Palmer
Director, Attorney Services

**Expires December 31,  2021**

## IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| OHIO DEPARTMENT OF MEDICAID, et al. | ) | CASE NO. 21 CV 1536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRIS M. BROWN |
| v. | ) | |
| | ) | |
| CENTENE CORPORATION, et al.. | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING PERMISSION TO APPEAR PRO HAC VICE

This matter comes before the Court on the Motion of Attorney W. Lawrence Deas (Mississippi Bar # 100227 and Alabama Bar #3989-A43 D) for admission *pro hac vice* on behalf of Plaintiffs Ohio Department of Medicaid and the State of Ohio. For good cause having been shown, the aforementioned Motion is hereby GRANTED, and Attorney W. Lawrence Deas is hereby admitted to appear and practice before this Court on behalf of Plaintiff Ohio Department of Medicaid and the State of Ohio.

IT IS SO ORDERED.

_____

JUDGE CHRIS M. BROWN

/s/ Donald W. Davis, Jr._____
Donald W. Davis, Jr. (#0030559)
Brennan, Manna & Diamond
*Attorney for Plaintiff*

Franklin County Court of Common Pleas

**Date:** 03-29-2021

**Case Title:** OHIO DEPARTMENT OF MEDICAID -VS- CENTENE
CORPORATION

**Case Number:** 21CV001536

**Type:** ORDER

It Is So Ordered.

/s/s Judge Christopher M. Brown

Court Disposition

Case Number: 21CV001536

Case Style: OHIO DEPARTMENT OF MEDICAID -VS- CENTENE CORPORATION

Motion Tie Off Information:

1. Motion CMS Document Id: 21CV0015362021-03-2699980000
   Document Title: 03-26-2021-MOTION FOR PRO HAC VICE - PLAINTIFF: OHIO DEPARTMENT OF MEDICAID
   Disposition: MOTION GRANTED

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| OHIO DEPARTMENT OF MEDICAID, et al. | ) | CASE NO. 21 CV 1536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRIS M. BROWN |
| v. | ) | |
| | ) | |
| CENTENE CORPORATION, et al.. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PERMISSION TO APPEAR PRO HAC VICE**

This matter comes before the Court on the Motion of Attorney Matthew C. McDonald (Mississippi Bar # 105966) for admission *pro hac vice* on behalf of Plaintiffs Ohio Department of Medicaid and the State of Ohio. For good cause having been shown, the aforementioned Motion is hereby GRANTED, and Attorney Matthew C. McDonald is hereby admitted to appear and practice before this Court on behalf of Plaintiff, Ohio Department of Medicaid and the State of Ohio.

IT IS SO ORDERED.

_____
JUDGE CHRIS M. BROWN

/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559)
Brennan, Manna & Diamond
*Attorney for Plaintiff*

Franklin County Court of Common Pleas

**Date:**            03-29-2021

**Case Title:**      OHIO DEPARTMENT OF MEDICAID -VS- CENTENE
                     CORPORATION

**Case Number:**     21CV001536

**Type:**            ORDER

It Is So Ordered.

/s/s Judge Christopher M. Brown

Electronically signed on 2021-Mar-29     page 2 of 2

Court Disposition

Case Number: 21CV001536

Case Style: OHIO DEPARTMENT OF MEDICAID -VS- CENTENE CORPORATION

Motion Tie Off Information:

1. Motion CMS Document Id: 21CV0015362021-03-2699970000
   Document Title: 03-26-2021-MOTION FOR PRO HAC VICE - PLAINTIFF: OHIO DEPARTMENT OF MEDICAID
   Disposition: MOTION GRANTED

# IN THE COURT OF COMMON PLEAS
## FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| OHIO DEPARTMENT OF MEDICAID, et al. | ) | CASE NO. 21 CV 1536 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRIS M. BROWN |
| v. | ) | |
| | ) | |
| CENTENE CORPORATION, et al.. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING PERMISSION TO APPEAR PRO HAC VICE

This matter comes before the Court on the Motion of Attorney Steven J. Toll (District of Columbia # 225623 and Virginia Bar # 15300) for admission *pro hac vice* on behalf of Plaintiffs Ohio Department of Medicaid and the State of Ohio. For good cause having been shown, the aforementioned Motion is hereby GRANTED, and Attorney Steven J. Toll is hereby admitted to appear and practice before this Court on behalf of Plaintiff Ohio Department of Medicaid and the State of Ohio.

IT IS SO ORDERED.

_____
JUDGE CHRIS M. BROWN

/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559)
Brennan, Manna & Diamond
*Attorney for Plaintiff*

Franklin County Court of Common Pleas

**Date:** 03-29-2021

**Case Title:** OHIO DEPARTMENT OF MEDICAID -VS- CENTENE CORPORATION

**Case Number:** 21CV001536

**Type:** ORDER

It Is So Ordered.

/s/s Judge Christopher M. Brown

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

OHIO DEPARTMENT OF MEDICAID, et al.   )   CASE NO. 21 CV 1536
                                      )
                     Plaintiff,       )
                                      )   JUDGE CHRIS M. BROWN
          v.                          )
                                      )
CENTENE CORPORATION, et al..          )
                                      )
                     Defendant.       )

ORDER GRANTING PERMISSION TO APPEAR PRO HAC VICE

This matter comes before the Court on the Motion of Attorney Christina D. Saler (New

Jersey Bar # 022402003 and Pennsylvania Bar # 92017) for admission *pro hac vice* on behalf of

Plaintiffs Ohio Department of Medicaid and the State of Ohio. For good cause having been shown,

the aforementioned Motion is hereby GRANTED, and Attorney Christina D. Saler is hereby

admitted to appear and practice before this Court on behalf of Plaintiff Ohio Department of

Medicaid and the State of Ohio.

IT IS SO ORDERED.

_____
JUDGE CHRIS M. BROWN


/s/ Donald W. Davis, Jr.
Donald W. Davis, Jr. (#0030559)
Brennan, Manna & Diamond
*Attorney for Plaintiff*

Franklin County Court of Common Pleas

**Date:** 03-29-2021

**Case Title:** OHIO DEPARTMENT OF MEDICAID -VS- CENTENE
CORPORATION

**Case Number:** 21CV001536

**Type:** ORDER

It Is So Ordered.

/s/s Judge Christopher M. Brown

Court Disposition

Case Number:  21CV001536

Case Style:  OHIO DEPARTMENT OF MEDICAID -VS- CENTENE CORPORATION

Motion Tie Off Information:

1.  Motion CMS Document Id: 21CV0015362021-03-2699950000
    Document Title: 03-26-2021-MOTION FOR PRO HAC VICE - PLAINTIFF: OHIO DEPARTMENT OF MEDICAID
    Disposition: MOTION GRANTED