S0215 - M58

# EXHIBIT 2

CONFIDENTIAL

2

S0215 - M59

# CVS/caremark

| Invoice Summary |

CNC MEDICAID TRADITIONAL- BUCKEYE MEDICA

ATTN:  GENERAL A/P INBOX

**Remit To:**

CVS/caremark
Bank of America
ACH/EFT ABA# 121000358
Bank Account # 12330-09797
Wire ABA #026009593
**PLEASE INDICATE CUSTOMER CODE ON PAYMENT**

| | |
|---|---|
| Invoice Number: | 52295567 |
| AR Number: | 5434 |
| Invoice Group: | |
| Customer Code: | A5434 |
| Invoice Date: | 09/16/2018 |
| Period Covered: | 09/08 - 09/15 |
| Payment Due On: | 09/22/2018 |

| CLAIMS | Quantity | Cost | Copay | Amount Due |
|---|---|---|---|---|
| RETAIL | 103,023 | 4,744,876.04 | 0.00 | 4,744,876.04 |
| PAPER | 2 | 91.98 | 0.00 | 91.98 |
| SPECIALTY PHARMACY | 757 | 2,378,956.77 | 0.00 | 2,378,956.77 |
| SUBTOTAL | | | | 7,123,924.79 |

| MISCELLANEOUS | Quantity | | Rate | Amount Due |
|---|---|---|---|---|
| CREDIT-RETAIL | (102,142) | | (1.25) | (127,677.50) |
| SUBTOTAL | | | | (127,677.50) |

| INVOICE TOTAL | | | | 6,996,247.29 |
|---|---|---|---|---|

**IF YOU HAVE ANY QUESTIONS PLEASE CALL Cherie Fromm AT 972-619-8163**
**cherie.wesling-fromm@caremark.com**

To the extent required, you agree to fully and accurately disclose and report any discount received from us, whether reflected in the above charges or otherwise provided
to you, as a discount against the price of the drugs in any reporting to government health care programs.

*Page 1 of 2*

Confidential

BHP-007-000191