S0215 - M60

# EXHIBIT 3

CONFIDENTIAL

3

`S0215 - M61`

# envolve
## Pharmacy Solutions

**Remit to:** Envolve Pharmacy Solutions
5 River Park Place East, Ste #210
Fresno, CA 93720

**Due Date:** 9/16/2018

**Run Date:** 9/17/2018
**Page:** 1
**Terms:** Upon Receipt

### Invoice

| Customer Name | LOB | Carrier Name | Account Name | Pharmacy Claims | Pharmacy Billed Amt | Total Admin Fee | Total Billed |
|---|---|---|---|---|---|---|---|
| Buckeye | Medicaid | CNC 082 Buckeye Medicaid | Central | 13,795 | $930,492.18 | $6,897.50 | $937,389.68 |
| | | | Northeast | 55,437 | $4,151,799.12 | $27,718.50 | $4,179,517.62 |
| | | | West | 34,550 | $2,261,601.01 | $17,275.00 | $2,278,876.01 |
| **Invoice Total:** | | | | 103,782 | $7,343,892.31 | $51,891.00 | $7,395,783.31 |

S0215 - M62

# envolve
## Pharmacy Solutions

### Claim Detail Report

| Remit to: | Envolve Pharmacy Solutions |  | | | | | | | Run Date: | 9/17/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 River Park Place East, Ste #210 | | | | | | | | Page: | 2 |
| | Fresno, CA 93720 | | | | | | | | | |
| Due Date: | 9/16/2018 | | | | | | | | Terms: | Upon Receipt |

| Customer: | Buckeye (Medicaid) | | Invoice Nbr: 1002188 | | Invoice Date: 9/16/2018 | | Period: | 9/8/2018 | To | 9/15/2018 |

### PRICING SUMMARY

| Drug Type | Dispense Channel | Ingredient Cost | Adjustment Cost | Transaction Count | Net Ingredient Cost | Transaction Percent | Billed Total Amount | Billed Total Percent | Average Rx Cost |
|---|---|---|---|---|---|---|---|---|---|
| Brand | Mail Order | | | 26 | | 0.03% | $9,930.03 | 0.14% | $381.92 |
| | Retail | | | 15,448 | | 14.89% | $3,516,207.99 | 47.88% | $227.62 |
| | **Total** | | | **15,474** | | **14.91%** | **$3,526,138.02** | **48.01%** | **$227.88** |
| Generic | Mail Order | | | 130 | | 0.13% | $4,074.40 | 0.06% | $31.34 |
| | Retail | | | 87,702 | | 84.51% | $1,710,526.21 | 23.29% | $19.50 |
| | **Total** | | | **87,832** | | **84.63%** | **$1,714,600.61** | **23.35%** | **$19.52** |
| Specialty | Retail | | | 476 | | 0.46% | $2,103,153.68 | 28.64% | $4,418.39 |
| | **Total** | | | **476** | | **0.46%** | **$2,103,153.68** | **28.64%** | **$4,418.39** |
| Total Paid Claims | | | | 103,782 | | 100.00% | $7,343,892.31 | 100.00% | $70.76 |
| Total Out-of-Cycle Reversals | | | | (6,666) | | 100.00% | ($386,110.81) | 100.00% | $57.92 |

### BILLING SUMMARY

| | Record Count | Ingredient Cost | Adjustment Cost | Net Ingredient Cost | Patient Payment | Dispensing Fees | Vccn Adm Fees | Sales Tax | Total | Admin Fees | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PAID TOTAL | 110,448 | $17,372,394.69 | ($9,953,517.61) | $7,418,877.08 | $0.00 | $211,606.79 | $1,832.00 | $3.83 | $7,730,003.12 | $55,224.00 | $7,785,227.12 |
| OOC REVERSALS | (6,666) | ($919,142.36) | $552,417.59 | ($366,724.77) | $0.00 | ($12,667.80) | ($35.50) | $0.00 | ($386,110.81) | ($3,333.00) | ($389,443.81) |
| NET BILLING | 103,782 | $16,453,252.33 | ($9,401,100.02) | $7,052,152.31 | $0.00 | $198,938.99 | $1,796.50 | $3.83 | $7,343,892.31 | $51,891.00 | $7,395,783.31 |

✓