S0215 - M63

# EXHIBIT 4

CONFIDENTIAL

2

S0215 - M64

| Row Labels | Sum of Claim_Count | Sum of Invoice_Gross_Ingredient_C ost | Sum of Invoice_Adjustment | Sum of Invoice_Net_Ingredient_Cost | Sum of Invoice_Dispensing_ Fees | Sum of Vaccine_Admin_Fees | Sum of Invoice_Admin_Fees | Sum of Invoice_Sales_Tax | Sum of Invoice_Net_Paid_A mount | Sum of Invoice_Admin_Fees | Sum of Invoice_Billed_Amou nt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CVS ReClaim | 103,782.00 | 16,453,252.33 | (9,401,100.02) | 7,052,152.31 | 198,938.99 | | 1,796.50 | 3.83 | 7,343,892.31 | 51,891.00 | 7,395,783.31 |
| Grand Total | 103,782.00 | 16,453,252.33 | (9,401,100.02) | 7,052,152.31 | 198,938.99 | | 1,796.50 | 3.83 | 7,343,892.31 | 51,891.00 | 7,395,783.31 |

| | |
|---|---|
| Ingredient Cost | 16,453,252.33 |
| Adjustment Cost | (9,401,100.02) |
| Net Ingredient Cost | 7,052,152.31 |
| Dispensing Fees | 198,938.99 |
| Vccn Adm Fee | 1,796.50 |
| Sales Tax | 3.83 |
| Total | 7,252,891.63 |
| Total on Invoice | 7,343,892.31 |
| Difference | (91,000.68) |

Variance is Other Payer Amount which was new data element for plans on CVS platform (See Column AX on DataMart tab) that was not added to EPS invoices when plans initially moved to CVS. The Total amount of $7,343,892.31 is still the correct amount billed and the $91,000.68 should have been added to the Net Ingredient cost amount. Other Payer Amount represents amount paid by primary insurance for claim and Medicaid was secondary.

CONFIDENTIAL